UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVEABLY INC.,<br><br>                         Plaintiff,<br><br>               -v.-<br><br>LOVEABLE LABS INC.,<br><br>                         Defendant. | 25 Civ. 06614 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On August 11, 2025, Plaintiff moved by order to show cause for a temporary restraining order and preliminary injunction (the "Motion"). ECF No. 5. It is hereby ORDERED that:

- By tomorrow**, August 13, 2025**, at **5:00 p.m.**, Plaintiff shall serve on Defendant by e-mail a copy of the Complaint, the Motion, and the Memorandum of Law in support of the Motion, along with this Order, and file proof of such service on the docket.[1]

- Defendant shall file any opposition to the Motion by **August 15, 2025**.

- Plaintiff shall file any reply in further support of the Motion by **August 18, 2025**, at **9:00 a.m.**

Counsel for all parties shall appear for a telephone conference on **August 18, 2025** at **11:30 a.m.** The conference line may be accessed by dialing 646-453-4442 and entering Conference ID 216 111 244 followed by the pound (#) key. In advance of the conference, and as soon as possible, the parties shall confer with respect to the following:

---

[1] Email service is authorized only for this Order, the Motion, and the supporting papers. Notwithstanding that a copy of the Complaint is to be provided to Defendant by e-mail pursuant to this Order, Plaintiff is still required to serve the Summons and Complaint on Defendant in accordance with Federal Rule of Civil Procedure 4 or to seek appropriate relief.

1. Whether they agree on any interim relief that would obviate the need for the conference and for a Court order;

2. Whether there is a need for discovery and/or an evidentiary hearing in connection with the motion for a preliminary injunction;

3. A schedule for briefing the motion for a preliminary injunction;

4. Whether trial on the merits should be advanced and consolidated with any preliminary injunction hearing;

5. Settlement, including whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be productive and, if so, when in the case (*e.g.*, immediately; within the next sixty days; after the deposition of plaintiff is completed; after the close of fact discovery; etc.) such a mechanism should be used; and

6. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

SO ORDERED.

Dated: August 12, 2025
New York, New York

                                                                                          JENNIFER H. REARDEN
                                                                                          United States District Judge