| | |
|---|---|
| **From:** | agoldenberg@thomplegal.com |
| **To:** | relani@belouslaw.com; anton.osika@lovable.dev; anton@lovable.dev; fabian@lovable.dev; fabian.hedin@lovable.dev |
| **Cc:** | "Robert Moorman"; "Thompson, Ben" |
| **Subject:** | Lovable Inc. v. Lovable Labs Inc., 1:25-cv-06614-JHR (S.D.N.Y.) |
| **Date:** | Wednesday, August 13, 2025 10:06:53 AM |
| **Attachments:** | 2025-8-11 ECF Seeger Aff (Lovably).pdf |
| | 2025-8-12 ECF OSC (Court Issued).pdf |
| | 2025-8-11 ECF MOL (Lovably).pdf |
| | 2025-8-11 ECF Complaint (Lovably).pdf |
| | 2025-8-11 ECF OSC (Lovably).pdf |
| | 2025-8-11 ECF Summons Issued (Lovably).pdf |
| **Importance:** | High |

Dear Ms. Belous and Messrs. Osika and Hedin:

We represent Lovably Inc.  On August 11, 2025, we commenced a lawsuit in the United States District Court for the Southern District of New York, *Lovably Inc. v. Lovable Labs Inc.*, 1:25-cv-06614-JHR (S.D.N.Y.).  Along with filing the Complaint, we moved for a Temporary Restraining Order and a Preliminary Injunction.  Yesterday, the Court issued an Order requiring us to serve you by email with a copy of the Complaint, the Motion and the Memorandum of Law in support of the Motion, along with the Court's Order.  Please see attached.

Regards,

Andrew Goldenberg

**Andrew Goldenberg**
Thompson LLP
212.920.6050 | agoldenberg@thomplegal.com
www.thomplegal.com | LinkedIn