UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVABLY INC., <br><br> Plaintiff, <br><br> -v.- <br><br> LOVABLE LABS INC., <br><br> Defendant. | 25 Civ. 6614 (JHR) <br><br> <u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the conference on August 18, 2025, Plaintiff's Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order, ECF No. 5, is denied.

The Clerk of Court is directed to terminate ECF Nos. 5 and 18.

SO ORDERED.

Dated: August 19, 2025
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge