UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
: 
LOVABLY INC., :
:
                Plaintiff, :   Case No.: 1:25-cv-06614-JHR
:
       -against- :   **ORAL ARGUMENT REQUESTED**
:
LOVABLE LABS INC., :
:
                Defendant. :
:
------------------------------------------------------- X

## NOTICE OF MOTION TO DISMISS COUNT IV OF PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Lovable Labs Incorporated ("Lovable Labs"), through the undersigned counsel, hereby moves this Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Count IV of the Complaint. The above-titled motion is based upon all the files, records, and proceedings in this matter, including the memorandum of law and arguments of counsel, as well as all pleadings and proceedings herein. Lovable Labs will move this Court to grant the motion before the Honorable Judge Jennifer H. Rearden, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time chosen by the Court as soon as counsel can be heard.

Dated: New York, New York                         Respectfully submitted,
       October 2, 2025
                                                        COOLEY LLP

                                                        By:    */s/John Paul Oleksiuk*
                                                               John Paul Oleksiuk
                                                               Stephanie J. Schuyler

                                                        55 Hudson Yards
                                                        New York, NY 10001-2157
                                                       Phone: (212) 479-6000
                                                       Email: jpo@cooley.com
                                                                sschuyler@cooley.com

Kira McCarthy (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA  02116-3736
Phone:  (617) 937-2300
Email:  kmccarthy@cooley.com

*Attorneys for Defendant Lovable Labs Incorporated*

2