UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVABLY, INC., | |
| Plaintiff, | 25 Civ. 6614 (JHR) |
| -v.- | <u>ORDER</u> |
| LOVABLE LABS INC., | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

On October 2, 2025, Defendant moved to dismiss Count IV of the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  ECF No. 26.  On October 21, 2025, Plaintiff filed an Amended Complaint.  ECF No. 29; *see also* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)[.]").  Accordingly, Defendant's motion to dismiss Count IV of the Complaint, ECF No. 26, is hereby DENIED as moot.

It is hereby ORDERED that, by **October 24, 2025**, in accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, Plaintiff shall file a redline showing all differences between the Complaint and the Amended Complaint.  Future submissions must comply with the Court's Individual Rules and Practices in Civil Cases.  *See* Indiv. R. 1.D ("Any amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing.").

By **November 20, 2025**, Defendant shall file an answer or a new motion to dismiss.  If Defendant files a new motion to dismiss, any opposition shall be filed within 30 days.  Any reply shall be filed within 21 days of any opposition.  If Defendant files a new motion to dismiss in part, Defendant shall file an answer to any portions of the Amended Complaint not subject to the motion on the same day as its reply in further support of the motion.

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

Dated: October 22, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge