

John Paul Oleksiuk
T: +1 212 479 6363
F: +1 212 479 6275
jpo@cooley.com

January 28, 2026

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:  *Lovably, Inc. v. Lovable Labs Inc.*, 1:25-cv-06614 (JHR)

Honorable Judge Rearden:

 Pursuant to Section 2.C of the Court's Individual Rules and Practices in Civil Cases, the parties jointly submit this letter to request that the Court adjourn the upcoming pre-trial conference that is currently scheduled for February 4, 2026 at 3:00 p.m. to a date the following week, i.e., the week of February 9, 2026, or as soon thereafter as is convenient for the Court.

 Lovable Labs Incorporated and Lovably, Inc. request this adjournment because of counsel's scheduling conflicts and the need for additional time for counsel to confer with each other and their respective clients regarding the issues raised in the Court's Civil Case Management Plan and Scheduling Order.

 This request is the first request for an adjournment. As the Court has yet to enter a scheduling order, the requested adjournment will not impact any other deadlines or appearances before the Court.

Respectfully submitted,

*/s/ John Paul Oleksiuk*

John Paul Oleksiuk

*/s/ Andrew Goldenberg*

Andrew Goldenberg

Via ECF

Application GRANTED.  The initial pretrial conference is adjourned to **February 13, 2026** at **10:00 a.m**.

The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: January 28, 2026