UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVEABLY INC.,

                    Plaintiff,

          -v.-

LOVEABLE LABS INC.,

                    Defendant.

25 Civ. 06614 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the February 13, 2026 conference,

Defendant's Motion to Dismiss Count IV of Plaintiff's First Amended Complaint is granted.

The Clerk of Court is directed to terminate ECF No. 34.

SO ORDERED.

Dated: February 17, 2026
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge